UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Timothy M. Francis &
Tammy A. Francis

    v.                                Civil No. 06-cv-480-JM

Lindon L. Pulley

**O R D E R**

    Plaintiffs Timothy and Tammy Francis seek a preliminary injunction enjoining the defendant from transferring any real estate or real property in the defendant's possession, or in which the defendant has an interest. An evidentiary hearing was held on plaintiffs' motion on January 5, 2007. Defendant did not appear at the hearing or file any objection to plaintiffs' motion.[1]

    After considering the testimonial and documentary evidence presented at the hearing, I grant the plaintiffs' motion for a preliminary injunction and enjoin the defendant from selling, or

---

[1] It is the Court's understanding, based on the representations made by plaintiffs' counsel at the evidentiary hearing, that defendant received in-hand notice of the hearing on January 3, 2007, and that defendant has neither objected to this motion nor requested a continuance of this hearing.

transferring any interest he may have, directly or indirectly, in real property or real estate, including defendant's real estate holdings in White River Junction, Vermont.[2]  The Court will supplement this ruling by further Order in the next seven days.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date:    January 5, 2007

cc:      Michael G. Furlong, Esq.
         John J. LaRivee, Esq.
         Lindon L. Pulley, pro se

---

[2] The Court previously prohibited such transfer by issuing a Temporary Restraining Order (document no. 4) on December 28, 2006.