UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Timothy M. Francis, et al</u>

          v.                          Civil No. 06-cv-480-PB

<u>Lindon L. Pulley</u>

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated June 21, 2007.

SO ORDERED.

July 12, 2007                                        /s/ Paul Barbadoro
                                                        Paul Barbadoro
                                                        United States District Judge

cc:    John J. LaRivee, Esq.
        Michael G. Furlong, Esq.
        Irvin D. Gordon, Esq.
        Kevin M. O'Shea, Esq.