UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Timothy M. Francis, et al</u>

        v.                                              Civil No. 06-cv-480-PB

<u>Lindon L. Pulley</u>


<u>O R D E R</u>


     The Magistrate Judge shall hold a de novo hearing on the motion for injunctive relief on an expedited basis and prepare a Report and Recommendation addressing the motion. The relief previously ordered shall remain in place until further order of the court. The motion to vacate is denied to the extant that it is inconsistent with this order.


     SO ORDERED.


July 12, 2007                                         _____
                                                                 Paul Barbadoro
                                                                 United States District Judge


cc:    John J. LaRivee, Esq.
        Michael G. Furlong, Esq.
        Irvin D. Gordon, Esq.
        Kevin M. O'Shea, Esq.